**IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE**

FILED

October 9, 1998

Cecil W. Crowson
Appellate Court Clerk

| | | |
|---|---|---|
| MATHIVATHANI MOHAN, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | Appeal No. |
| | ) | 01-A-01-9708-CV-00415 |
| | ) | |
| VS. | ) | Davidson Circuit |
| | ) | No. 96D-373 |
| | ) | |
| RATHNASABAPATHY MOHAN, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

## DISSENTING OPINION

I respectfully dissent from the majority opinion because I do not think the trial judge abused her discretion in denying the appellant's motion for a new trial. The appellant's motion does not set out what proof he would offer at a new trial and how that might change the result below. Therefore, I think the trial judge justifiably overruled the motion.

_____
BEN H. CANTRELL, JUDGE